UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHNNIE B. MCGEE**                                              **CIVIL ACTION**

**VERSUS**                                                        **NO. 06-8136**

**HAMMOND POLICE DEPARTMENT, ET AL.**                             **SECTION: "B"(1)**

## ORDER AND REASONS

Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**. While plaintiff agrees now to the dismissal of all defendants, except for police officer defendants, the Magistrate Judge correctly ruled that false arrest, false imprisonment and malicious prosecution claims against the police officer defendants are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff's claims against the officers if proven would undermine the pending criminal case and conviction, if obtained, against him. As such, *Heck* applies. *Hamilton v. Lyons*, 74 F. 3d 99, 103 (5th Cir. 1996).

Accordingly, **IT IS ORDERED** that plaintiff's § 1983 claims are **DISMISSED,** adopting the rational in the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 17th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE